KAUFMAN, SEMERARO, BERN, DEUTSCH & LEIBMAN, LLP
Marc E. Leibman
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Hong G. Cho

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

HONG G. CHO,

    Defendant

CRIMINAL

Docket No.: 12-cr-320 (SDW)

ORDER EXTENDING DATE FOR SELF SURRENDER

This matter having come before the Court on application of Defendant Hong G. Cho by Marc E. Leibman, Esq., of Kaufman, Semeraro, Bern, Deutsch & Leibman, LLP and consent to the entry of the Order having been given by Anthony Moscato, AUSA, for an Order granting an extension of Defendant's self-surrender date;

IT IS THEREFORE, on this 15th day of October, 2012,

ORDERED that the Defendant's self surrender date be extended from October 16, 2012 for a period of not More than 20 days; and it is further,

FURTHER ORDERED that a copy of this Order be served upon all Parties with 5 days of its entry.

                HONORABLE SUSAN D. WIGENTON, U.S.D.J.