KAUFMAN, SEMERARO, BERN, DEUTSCH & LEIBMAN, LLP
Marc E. Leibman
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Hong G. Cho

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

   Plaintiff,

Vs.

HONG G. CHO,

   Defendant

CRIMINAL

Docket No.: 12-cr-320 (SDW)

ORDER EXTENDING DATE FOR SELF SURRENDER

---

This matter having come before the Court on application of Defendant Hong G. Cho by Marc E. Leibman, Esq., of Kaufman, Semeraro, Bern, Deutsch & Leibman, LLP and consent to the entry of the Order having been given by Anthony Moscato, AUSA, for an Order granting an extension of Defendant's self-surrender date;

IT IS THEREFORE, on this 5th day of November, 2012,

ORDERED that the Defendant's self surrender date be extended from November 5, 2012 for a period of *NO MORE* than *30 days*; and it is further,

FURTHER ORDERED that a copy of this Order be served upon all Parties with *3* days of its entry.

*/s/ S. Wigenton*

HONORABLE SUSAN D. WIGENTON, U.S.D.J.