**KAUFMAN, SEMERARO, BERN, DEUTSCH & LEIBMAN, LLP**
Marc E. Leibman
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Hong G. Cho

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL |
| *Plaintiff,* | Docket No.: 12-cr-320 (SDW) |
| Vs. | |
| HONG G. CHO, | ORDER EXTENDING DATE FOR SELF SURRENDER |
| *Defendant* | |

---

This matter having come before the Court on application of Defendant Hong G. Cho by Marc E. Leibman, Esq., of Kaufman, Semeraro, Bern, Deutsch & Leibman, LLP and consent to the entry of the Order having been given by Anthony Moscato, AUSA, for an Order granting an extension of Defendant's self-surrender date ~~for a period of~~ to Dec. 3, 2012;

IT IS THEREFORE, on this 3rd day of ~~November~~ December, 2012,

ORDERED that the Defendant's self surrender date be extended from December 5, 2012 ~~for a period of not less than~~ to Dec. 3, 2012 and it is further,

FURTHER ORDERED that a copy of this Order be served upon all Parties with 5 days of its entry.

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.