**KAUFMAN, SEMERARO, BERN, DEUTSCH & LEIBMAN, LLP**
Marc E. Leibman
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Hong G. Cho

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL |
| Plaintiff, | Docket No.: 12-cr-320 (SDW) |
| Vs. | |
| HONG G. CHO, | ORDER EXTENDING DATE FOR SELF SURRENDER |
| Defendant | |

---

This matter having come before the Court on application of Defendant Hong G. Cho by Marc E. Leibman, Esq., of Kaufman, Semeraro, Bern, Deutsch & Leibman, LLP and consent to the entry of the Order having been given by Anthony Moscato, AUSA, for an Order granting an extension of Defendant's self-surrender date to February 28, 2013;

IT IS THEREFORE, on this 27th day of December 2012,

ORDERED that the Defendant's self surrender date be extended from December 31, 2012 to January 15, 2013; and it is further,

~~FURTHER ORDERED that a copy of this Order be served upon all Parties with ___ days of its entry.~~

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.